

# Fourth Court of Appeals

## San Antonio, Texas

April 9, 2013

No. 04-13-00148-CV

Javier H. **PEREZ,**
Appellant

v.

Patricia **VILLARREAL** and Israel Villarreal,
Appellees

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2011-CVT-000406-D2
Honorable Monica Z. Notzon, Judge Presiding

## O R D E R

Appellant appeals a judgment signed January 23, 2013. Appellant did not file a timely motion that would have extended the appellate timetable. *See* TEX. R. CIV. P. 329b(g); TEX. R. APP. P. 26.1(a). Thus, the notice of appeal was due February 22, 2013, or a motion for extension of time to file the notice of appeal was due fifteen days later on March 11, 2013. *See* TEX. R. APP. P. 26.1, 26.3. Appellant did not file a timely notice of appeal or a motion for extension of time to file the notice of appeal. However, on February 28, 2013, appellant filed a notice of appeal.

A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 615 (1997). However, the appellant must offer a reasonable explanation for failing to file the notice of appeal timely. *See id.*; TEX. R. APP. P. 26.3, 10.5(b)(1)(C); *see also Garcia v. Kastner Farms, Inc.*, 774 S.W.2d 668, 670 (Tex. 1989). Additionally, a notice of appeal may appear to be late filed if placed in the mail according to Rule 9.2.[1] TEX. R. APP. P. 9.2(b); *see, e.g., Molina v. Kelco Tool & Die, Inc.*, 904 S.W.2d 857, 860 (Tex. App.—Houston [1st Dist.] 1995, writ denied).

We therefore **order** that appellant may file, on or before **April 29, 2013**, a response offering a reasonable explanation for failing to file the notice of appeal timely or establishing

---

[1] The certificate of service and the letter accompanying appellant's notice of appeal shows the notice of appeal was mailed February 23, 2013, which was one day late. Accordingly, the mailbox rule does not apply to render the filing of the notice of appeal timely.

that the notice was timely filed. If appellant fails to satisfactorily respond within the time provided, the appeal will be dismissed. *See* TEX. R. APP. P. 42.3(a), (c). If a supplemental clerk's record is required, appellant must ask the trial court clerk to prepare one and must notify the clerk of this court that such a request was made.

The clerk of this court is **ordered** to send a copy of this order to appellant and all counsel

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of April, 2013.

_____
Keith E. Hottle
Clerk of Court

